**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND**, and **ARTHUR H. BUNTE, JR.**, Trustee,  Plaintiffs,  v.  **E. LOUISE CARDWELL**, an individual,  Defendant. | Case No. 12 C 7715 |

## MEMORANDUM ORDER

Because of the press of other matters on this Court's calendar, it did not have occasion to read the answer filed by defendant E. Louise Cardwell ("Cardwell") a week ago until this morning. This memorandum order addresses one problematic aspect of that responsive pleading.

Although Answer ¶ 3 discloses that Cardwell's counsel is well aware of the language that Fed. R. Civ. P. 8(b)(5) requires for a responding party to get the benefit of a deemed denial of a plaintiff's allegations, for some unknown reason all other paragraphs of the Answer that assertedly pose a similar problem have departed from that proper locution (see Answer ¶¶ 3, 6, 9, 32 and 37). Accordingly those impermissible disclaimers are stricken, and Cardwell's counsel is granted leave to file an amendment to the Answer (not a self-contained Amended Answer) on or before January 3, 2013 to cure the flaw identified here.

No charge is to be made to Cardwell by her counsel for the added work and expense incurred in correcting counsel's errors. Cardwell's counsel is ordered to apprise her to that effect


by letter, with a copy to be transmitted to this Court's chambers as an informational matter (not for filing).

                                                                _____
                                                                Milton I. Shadur
                                                                Senior United States District Judge

Date:  December 21, 2012